

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM/ANR/MGD                                    *610 Federal Plaza*
F. #2018R02072                                 *Central Islip, New York 11722*

January 30, 2024

<u>By ECF</u>

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11201

      Re:    United States v. Mathew James (S-1) (JS)
              <u>Criminal Docket No. 19-382 (S-1) (JS)</u>

Dear Judge Seybert:

        The government respectfully requests that the Court adjourn the sentencing hearing presently scheduled for January 31, 2024 at 10:30 a.m. to February 2, 2024 or to the week of February 20, 2024.  This is the government's first request for an adjournment of the sentencing.

        Since the initial sentencing proceeding on January 23, 2024, the government has been in communication with the Bureau of Prisons ("BOP") on January 25, 26, 29, and 30 in order to provide the Court with additional information regarding reduced sentences under Title 18, United States Code, Section 3624(b) ("Good Conduct Time"), the First Step Act ("FSA") Earned Time Credit ("Earned Time Credit") and the Residential Drug Abuse Program ("RDAP"), as well as information about the impact (or lack thereof) on these programs as a result BOP facility designation.  The government intends to file a supplemental submission as soon as possible but is still awaiting information from the BOP.  The undersigned Assistants have also conferred, and will continue to confer, with the Office's Appeals Division on these issues prior to the submission of the government's supplemental memorandum.  A brief adjournment would afford the government the time necessary to obtain the additional information and to fully and meaningful brief this information for the Court.

        Moreover, last night at 5:16 p.m., defense counsel filed a 22-page supplemental letter regarding sentencing.  ECF No. 257.  In light of the supplemental submissions by both parties, the government believes this adjournment is necessary to provide the Court with sufficient time to review the materials.  The defendant does not consent to this objection, despite

the government consenting to a generous adjournment in which the defendant originally requested a mid-February sentencing date.

For all the foregoing reasons, the government requests an adjournment to February 2, 2024 or alternatively to the week of February 20, 2024.  The government is unavailable the weeks of February 5 and 12, 2024.

Respectfully submitted,

BREON PEACE
United States Attorney

By:      /s/
Catherine M. Mirabile
Antoinette N. Rangel
Assistant U.S. Attorneys
(631) 715-7850 / (718) 254-7481

Miriam L. Glaser Dauermann
Trial Attorney
Department of Justice
Criminal Division, Fraud Section
(718) 254-7575

cc:    Clerk of Court (by ECF and E-mail)
       Paul Krieger, Esq. (by ECF and E-mail)
       Molly Webster, Esq. (by ECF and E-mail)
       Counsel for Defendant